UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:   BKY 10-47911

Forest Lake Apartments Housing Associates, LLC,   Chapter 11 Case

    Debtor.

**NOTICE OF HEARING AND MOTION
TO DISMISS CHAPTER 11 CASE**

TO:    United States Bankruptcy Judge, the United States Trustee and other parties in interest identified in Local Rule 9013.

    1.    Forest Lake Apartments Housing Associates, LLC ("Forest Lake" or the "Debtor") hereby moves this Court for the relief requested below and give notice of hearing.

    2.    The Court will hold a hearing on this motion at 9:30 a.m. on May 11, 2011, in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

    3.    Local Rule 9006-1(b) provides that responses to this Motion are due five days before the hearing, on May 6, 2011. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

    4.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005, and Local Rule 1070-1. This is a core proceeding. The petition in this case was filed on October 25, 2010. The case is now pending in this Court.

    5.    This Motion arises under 11 U.S.C. § 1112. This Motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9013-1 through 9013-3. The Debtor requests an order dismissing this chapter 11 case. The grounds for the motion are set forth below.

6. The Debtor is in the apartment rental business and its primary asset is the apartment complex located at 1243 11th Avenue Southwest, Forest Lake, Minnesota.

7. The Forest Lake property is subject to a first mortgage held by Bank Mutual, securing a $3.744 million loan, and a second mortgage in the amount of $250,000 held by Commerce Bank. The current unpaid balance of the Bank Mutual loan is approximately $3.6 million, plus late fees, default interest and expenses.

8. At the March 16, 2011, Status Conference, counsel for the Debtor requested 30 days' time, during which the Debtor would decide whether to file a motion to dismiss this case or file a motion for approval of a sale under Section 363 of the Bankruptcy Code. The Court's March 16, 2011, Order granted the Debtor the requested 30 days.

9. During the intervening 30 days, the Debtor worked to determine whether a 363 sale was possible, and ultimately concluded it was not. Debtor did reach agreement with Bank Mutual, however, whereby Debtor agreed to seek dismissal of this case and then intends to enter a voluntary foreclosure with Bank Mutual. Accordingly, the Debtor now moves for dismissal of this case in order to allow the first secured lender, Bank Mutual, to pursue its remedies through a voluntary foreclosure proceeding. The Debtor believes dismissal represents the most cost effective method to satisfy the debt owed to Bank Mutual. And Bank Mutual has expressed its desire to have the case dismissed so that it can pursue its remedies through a voluntary foreclosure.

10. With regard to any possible sale, it is the Debtor's understanding that the buyer whom Debtor had previously identified has worked out terms with Bank Mutual, whereby the buyer will purchase the Forest Lake property from Bank Mutual after the foreclosure proceeding.

But the buyer will not purchase the Forest Lake property from the Debtor. Accordingly, the Debtor seeks to dismiss this case.

11. Cause exists for dismissal of the case, in that no further purpose would be served by proceeding in this chapter 11 proceeding.

12. Pursuant to Local Rule 9013-2(c), Debtor gives notice that it may, if an evidentiary hearing is required, call Hyder R. Jaweed, Chief Manager of the Debtor, to testify about the factual matters raised in this Motion. His business address is 3853 Central Avenue NE, Columbia Heights, MN 55421.

13. This Motion is verified and is accompanied by a memorandum of law, proposed order, and proof of service.

WHEREFORE, the Debtor moves the Court for an order dismissing this chapter 11 case, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Dated: April 15, 2011
       /s/ Clinton E. Cutler
Clinton E. Cutler (#158094)
Cynthia A. Moyer (#211229)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis MN 55402
(612) 492-7000
(612) 492-7077 fax
ccutler@fredlaw.com
cmoyer@fredlaw.com

Attorneys for Debtor

4909594_1.DOC

## VERIFICATION

I, Hyder Jaweed, am the Chief Manager of the Debtor. Based upon my personal information and belief, I declare under penalty of perjury that the facts set forth in the preceding Motion are true and correct, according to the best of my knowledge, information and belief.

Dated: __4/14/__, 2011         Signed: _____
                                                                Hyder Jaweed

4909594_1.DOC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY 10-47911

Forest Lake Apartments Housing Associates, LLC,  Chapter 11 Case

Debtor.

**MEMORANDUM IN SUPPORT OF MOTION**
**TO DISMISS CHAPTER 11 CASE**

**INTRODUCTION**

Forest Lake Apartments Housing Associates, LLC (hereafter "Debtor" or "Forest Lake") submits this memorandum in support of its Motion to Dismiss this proceeding. The facts are set forth in the accompanying verified Motion. All capitalized terms have the meaning ascribed to them in the Motion.

**DISMISSAL IS WARRANTED IN THIS CASE**

Courts use a two-step process in determining whether to dismiss a bankruptcy case. See In re Hatcher, 218 B.R. 441, 448 (8th Cir. BAP 1998), aff'd, 175 F.3d 1024 (8th Cir. 1999); 11 U.S.C. § 1112(b). Dismissal is appropriate if: 1) cause exists; and 2) it is in the best interest of the creditors and the estate. See id. Here both elements are met.

The bankruptcy court has broad discretion in deciding whether to dismiss a chapter 11 case for cause. See In re Hatcher, 218 B.R. at 448; In re Economy Cab & Tool Co., 44 B.R. 721, 724 (Bankr. D. Minn. 1984). The statutory list of circumstances where dismissal may be appropriate is not exhaustive, and a court may consider other factors and equitable considerations in order to reach an appropriate result in an individual case. See In re Hatcher, 218 B.R. at 448.

Whether cause exists for dismissing a chapter 11 case must be determined on a case-by-case basis under the totality of the circumstances. See In re Trident Assocs. Ltd. Partnership, 52 F.3d 127, 131 (6th Cir. 1995). While cause is not defined by the Bankruptcy Code, a finding of cause is appropriate where it fulfills the policy of the Bankruptcy Code to move cases to conclusion at the earliest time and with the least expense that is consistent with the interest of justice. See 7 Lawrence P. King, ed., Collier on Bankruptcy ¶ 1112.04[2], at 1112-22 (1996).

A chapter 11 case can be dismissed at any time. See Matter of Woodbrook Assocs., 19 F.3d 312, 317 (7th Cir. 1994). The very purpose of § 1112(b) is to cut short a chapter 11 plan and confirmation process where it is pointless. See id. The court has wide discretion and must balance the equities to determine what will best serve the creditors and the estate. See In re Austin Ocala Ltd., 150 B.R. 279, 281 (M.D. Fla. 1993).

If the only remaining issue in the bankruptcy is merely a two-party dispute involving only state-law issues, dismissal is in the parties' best interest. See In re Mazzocone, 183 B.R. 402, 414-15 (Bankr. E.D. Pa. 1995); In re MELP, 143 B.R. 890, 893 (Bankr. E.D. Mo. 1992); see also In re Nugelt, Inc., 142 B.R. 661, 669 (Bankr. D. Del. 1992) (holding that it was in the best interest of major secured creditor to resolve its state law issues speedily in state court).

Here, the Debtor has determined that its prospect for a sale under 363 of the Bankruptcy Code will not come to fruition. Hence, it now seeks dismissal pursuant to its agreement with Bank Mutual, so that the first secured creditor, Bank Mutual, can pursue its remedies through a voluntary foreclosure. Dismissal is appropriate because Bank Mutual seeks to pursue its remedies through the state courts system.

# CONCLUSION

For all the foregoing reasons, Debtor respectfully requests that the court enter an order granting the relief requested in the Motion.

Respectfully submitted,

Dated:  April 15, 2011  /s/ Clinton E. Cutler
Clinton E. Cutler (#158094)
Cynthia A. Moyer (#211229)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
ccutler@fredlaw.com
cmoyer@fredlaw.com

ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No. 10-47911

Forest Lake Apartments Housing Associates, LLC,  Chapter 11 Case

        Debtor.

## CERTIFICATE OF SERVICE

      Cynthia A. Moyer, under penalty of perjury, states that on April 15, 2011, she caused to be served the following in each of the above-referenced cases:

      Notice of Hearing and Verified Motion to Dismiss;
      Memorandum in Support of Motion to Dismiss; and
      Proposed Order

by sending true and correct copies to the parties as listed on the attached service list via the method indicated (ECF or U.S. Mail).

Dated: April 15, 2011        */s/ Cynthia A. Moyer*
                                    Cynthia A. Moyer
4878842

Forest Lake Apartments Housing Associates, LLC - Bky No. 10-47911
Service List
Served via U.S. Mail, except those parties whose contact information includes an e-mail address were served via CM/ECF or e-mail.

| **US Trustee and Other Required Parties** | **Debtors** | Washington County |
|---|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | Forest Lake Apts Housing Assoc, LLC<br>3853 Central Ave NE<br>Minneapolis, MN 55421 | 14949 62nd St. N.<br>P.O. Box 200<br>Stillwater, MN 55082-0200 |

Debtors (cont.):
Hyder R. Jaweed
3 Blue Spruce Court
North Oaks, MN 55127

US Trustee and Other Required Parties (cont.):

Michael Fadlovich
1015 US Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
michael.fadlovich@usdoj.gov

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477

**Debtors' Creditors**

Commerce Bank
7650 Edinborough Way, #150
Edina, MN 55435

City of Newport
596 7th Street
Newport, MN 55055

IRS District Counsel
380 Jackson St, Ste 650
St Paul MN 55101-4804

City of Forest Lake
220 N. Lake Street
Forest Lake, MN 55025

Internal Revenue Service
Wells Fargo Place
30 E 7th St, Mail Stop 5700
St Paul MN 55101

Bank Mutual
4949 W. Brown Deer Rd
P.O. Box 245034
Milwaukee WI 53224-9534

Integra Telecom
1201 N.E. Lloyd Blvd
Suite 500
Portland, OR 97232-1259

MN Department of Revenue
Collection Enforcement
551 Bankruptcy Section
600 North Robert Street
PO Box 64447
St Paul MN 55101-2228

Qwest
100 S 5th Street
Suite 1075
Minneapolis, MN 55402

Rent.com
Dept. 1987
P.O. Box 1987
Los Angeles, CA 90084-1987

US Attorney
600 US Courthouse
300 S Fourth St
Minneapolis MN 55415

Walters
P.O. Box 67
Circle Pines, MN 55014

**Other Interested Parties**

Nell E. Matthews
Lindquist & Vennum
4200 IDS Center,
80 S. 8th St.
Minneapolis, MN 55402-2274
nmathews@lindquist.com

Minnesota Department of Economic Security
332 Minnesota Street
St. Paul MN 55101-1351

Richard G. Jensen
Fabyanske, Westra, Hart & Thomson, P.A.
800 Lasalle Ave.
Suite 1900
Minneapolis, MN 55402
rgjensen@fwhtlaw.com

Forest Lake Apartments Housing Associates, LLC - Bky No. 10-47911
Service List
Served via U.S. Mail, except those parties whose contact information includes an e-mail address were served via CM/ECF or e-mail.

ADVANCED HOME IMPROVEMENT
9 CENTRAL AVE
OSSEO MN 55369

ANDERSON, ASHLEY
1255 - 11TH AVE SW #201
FOREST LAKE MN 55025

ARNDT, BERNADETTE
1255 - 11TH AVE SW #202
FOREST LAKE MN 55025

ARNDT, KENNETH
1255 - 11TH AVE SW #205
FOREST LAKE MN 55025

BEESLEY, KENNETH
1267 - 11TH AVE SW #305
FOREST LAKE MN 55025

BIXBY, JOEL
1243 - 11TH AVE SW #306
FOREST LAKE MN 55025

BLANKENSHIP, FAITH
1267 - 11TH AVE SW #103
FOREST LAKE MN 55025

BOUR JR., JEAN
1255 - 11TH AVE SW #105
FOREST LAKE MN 55025

BRANDT, ADAM
1243 - 11TH AVE SW #202
FOREST LAKE MN 55025

BURGESS, BRIAN
1243 - 11TH AVE SW #308
FOREST LAKE MN 55025

BURRESON, AMBER
1243 - 11TH AVE SW #107
FOREST LAKE MN 55025

CARLSON, MISTY
1255 - 11TH AVE SW #106
FOREST LAKE MN 55025

CARLSON, RICHARD
1243 - 11TH AVE SW #302
FOREST LAKE MN 55025

CARUSO, JEFFERY
1267 - 11TH AVE SW #202
FOREST LAKE MN 55025

CITY WIDE LOCKSMITHING INC
4054 CENTRAL AVE
MINNEAPOLIS MN 55421

COLBURN, KIRK
1255 - 11TH AVE SW #303
FOREST LAKE MN 55025

DAY, JODI
1255 - 11TH AVE SW #302
FOREST LAKE MN 55025

DONAGER, ANDREW
1267 - 11TH AVE SW #108
FOREST LAKE MN 55025

DORGLASS INC
6008 CULLIGAN WAY
MINNETONKA MN 55345

EAGAN, VICTORIA
1267 - 11TH AVE SW #207
FOREST LAKE MN 55025

ECKMAN, JAMIE
1267 - 11TH AVE SW #308
FOREST LAKE MN 55025

ELLEFSON, MICHAEL
1243 - 11TH AVE SW #304
FOREST LAKE MN 55025

FAMERS INSURANCE
PO BOX 0914
CAROL STREAM IL 60132

FARMERS INSURANCE
PO BOX 0914
CAROL STREAM IL 60132

FICKEN, LORRI
1243 - 11TH AVE SW #104
FOREST LAKE MN 55025

FLORES, XOCHILP
1243 - 11TH AVE SW #201
FOREST LAKE MN 55025

FOGEL, RENEE
1243 - 11TH AVE SW #207
FOREST LAKE MN 55025

FRAHM, ANGIE
1267 - 11TH AVE SW #201
FOREST LAKE MN 55025

FRANK, TRINA
1243 - 11TH AVE SW #105
FOREST LAKE MN 55025

FREUND, RONALD
1243 - 11TH AVE SW #203
FOREST LAKE MN 55025

FRYE, KIMBERLY
1255 - 11TH AVE SW #103
FOREST LAKE MN 55025

GAY, STACEY
1267 - 11TH AVE SW #302
FOREST LAKE MN 55025

GERMAIN, KARYN E.
680 - 12TH AVE SW APT 310
FOREST LAKE MN 55025

Forest Lake Apartments Housing Associates, LLC - Bky No. 10-47911
Service List
Served via U.S. Mail, except those parties whose contact information includes an e-mail address were served via CM/ECF or e-mail.

GIVENS, YON
1243 - 11TH AVE SW #108
FOREST LAKE MN 55025

GREINER IV, RICHARD
1243 - 11TH AVE SW #106
FOREST LAKE MN 55025

GRIFFITH, LORI
1267 - 11TH AVE SW #306
FOREST LAKE MN 55025

HAGEL, JOSHUA
PO BOX 1119
FOREST LAKE MN 55025

HAJNEY, JASON
1243 - 11TH AVE SW #102
FOREST LAKE MN 55025

HIRSHFIELD'S
DECORATING CENTER
725 - 2ND AVE N
MINNEAPOLIS MN 55405

HUNT, RAYNARD
1255 - 11TH AVE SW #308
FOREST LAKE MN 55025

JASKIER, MICHAEL
1267 - 11TH AVE SW #307
FOREST LAKE MN 55025

JENSON, RAYMOND
1255 - 11TH AVE SW #101
FOREST LAKE MN 55025

JOHNS, KAREN
1243 - 11TH AVE SW #307
FOREST LAKE MN 55025

JUDITH ANN FLADER, ESQ.
5993 DELLWOOD AVE
SAINT PAUL MN 55126

KNOLL, JENNIFER
1267 - 11TH AVE SW #104
FOREST LAKE MN 55025

KOLLAR, JAMES
1255 - 11TH AVE SW #203
FOREST LAKE MN 55025

KRINGLE, MARK
1267 - 11TH AVE SW #106
FOREST LAKE MN 55025

LIPPAI, CSABA
1255 - 11TH AVE SW #304
FOREST LAKE MN 55025

LOWERS, BRANDI
1255 - 11TH AVE SW #305
FOREST LAKE MN 55025

MAIN, DENNI
1255 - 11TH AVE SW #306
FOREST LAKE MN 55025

MAYA, LEOBARDO
1267 - 11TH AVE SW #208
FOREST LAKE MN 55025

MESIC, HAJRUDIN
1255 - 11TH AVE SW #301
FOREST LAKE MN 55025

MILLER, FAY
1267 - 11TH AVE SW #102
FOREST LAKE MN 55025

MILLER, KRISTIAN
1243 - 11TH AVE SW #204
FOREST LAKE MN 55025

MORAN, ANDREW
1267 - 11TH AVE SW #203
FOREST LAKE MN 55025

NEWELL, JOSHUA
1243 - 11TH AVE SW #205
FOREST LAKE MN 55025

NOURSE, MELYNDA
1267 - 11TH AVE SW #101
FOREST LAKE MN 55025

OSTERBAUER, PETER
1267 - 11TH AVE SW #105
FOREST LAKE MN 55025

PALMER, BENJAMIN
1267 - 11TH AVE SW #304
FOREST LAKE MN 55025

PERDEW, SCOTTY
1255 - 11TH AVE SW #108
FOREST LAKE MN 55025

PETERSON, BRADLEY
1267 - 11TH AVE SW #206
FOREST LAKE MN 55025

PETERSON, TODD R.
1243 - 11TH AVE SW #303
FOREST LAKE MN 55025

PLUNKETT'S PEST
CONTROL
40 NE 52ND WAY
MINNEAPOLIS MN 55421

QUESNEL, WENDY
1267 - 11TH AVE SW #107
FOREST LAKE MN 55025

Qwest Corporation
1801 California St Rm 900
Attn: Bankruptcy
Denver CO 80202

RENTAL HISTORY REPORTS
1050 WAYZATA BLVD STE 200
HOPKINS MN 55305

RYDEEN, ROBIN
1267 - 11TH AVE SW #303
FOREST LAKE MN 55025

Forest Lake Apartments Housing Associates, LLC - Bky No. 10-47911
Service List
Served via U.S. Mail, except those parties whose contact information includes an e-mail address were served via CM/ECF or e-mail.

SIMBECK, THOMAS
1243 - 11TH AVE SW #103
FOREST LAKE MN 55025

SISCO, AMANDA
1255 - 11TH AVE SW #207
FOREST LAKE MN 55025

SMITH, BILLIEJUNE
1243 - 11TH AVE SW #301
FOREST LAKE MN 55025

STARKEY, TIFFANY
1243 - 11TH AVE SW #208
FOREST LAKE MN 55025

STOLZ, TRACY
1267 - 11TH AVE SW #205
FOREST LAKE MN 55025

STRANTZ, GERALD J.
658 - 12TH ST SW, APT. 102
FOREST LAKE MN 55025

STRANTZ, ROLAND S.
16325 CORNELL ST NE
FOREST LAKE MN 55025

SUBURBAN GLASS & MIRROR INC
669 SW 15TH ST
FOREST LAKE MN 55025

TRUGREEN
4240 CENTERVILLE RD
SAINT PAUL MN 55127

TRUSTED EMPLOYEES
10505 WAYZATA BLVD STE 200
HOPKINS MN 55305

TYLER, CHRIS
1243 - 11TH AVE SW #305
FOREST LAKE MN 55025

WILLIAMS, ELIZABETH
1267 - 11TH AVE SW #301
FOREST LAKE MN 55025

WILSON, EDWARD
1255 - 11TH AVE SW #107
FOREST LAKE MN 55025

XCEL ENERGY
3215 COMMERCE ST
LA CROSSE WI 54603

YOBBIE, JAMES
1255 - 11TH AVE SW #104
FOREST LAKE MN 55025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY 10-47911

Forest Lake Apartments Housing Associates, LLC, Chapter 11 Case

    Debtor.

**ORDER DISMISSING CHAPTER 11 CASE**

The matter is before the court on the debtor's motion to dismiss this proceeding. Based on the findings of fact and conclusions of law stated orally at the hearing,

IT IS ORDERED:

This case is dismissed.

Dated:

Robert J. Kressel
United States Bankruptcy Judge